UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLEY MARECHEAU MITCHELL and M. GLENN MITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, *as Trustee for Wells Fargo Asset Securities Corporation Mortgage Pass-Through Certificates Series 2006-AR4*,<br><br>Defendant. | Civil Action No. 17-cv-2105 (TSC) |

# **ORDER**

*Pro se* Plaintiffs Beverly Mitchell and M. Glenn Mitchell bring this action alleging misconduct by the Defendant, who is pursuing a foreclosure proceeding against Plaintiffs in the District of Columbia Superior Court. Defendant filed a Motion to Dismiss (ECF No. 7), Plaintiff responded (ECF No. 10), and the Defendant filed a reply brief. (ECF No. 13). Plaintiffs subsequently filed what amounts to a sur-reply brief without seeking leave of court. (ECF No. 14). On December 12, 2017, the court entered an order allowing Defendant to file a final reply brief and advising the parties that it would not permit any further filings, absent leave of court. (ECF No. 15).

Defendant filed a reply on December 13, 2017, as permitted by the court's order. However, on December 22, without seeking leave of court and in violation of this court's

December 22 order, Plaintiffs filed an additional sur-reply. (ECF Nos. 18-19). Plaintiffs' December 22 filing is hereby STRICKEN.

The Clerk of the Court shall mail a copy of this order to:

**MARECHEAU MITCHELL and M. GLENN MITCHELL**
1744 Taylor Street, NW.
Washington, DC 20011

Date: December 28, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge